## CONSENT OF PARTY PLAINTIFF

I hereby consent to become a party plaintiff in an action against my former employer(s) Amspec Services, LLC to collect unpaid wages and/or overtime compensation. I also consent to pursue this action on behalf of other employees or former employees of the Defendants who are similarly situated.

_____
Bruce Marks

Respectfully Submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860; Fed. ID No. 11498
1201 Prince Street
Houston, Texas 77008
713-868-3388 Telephone
713-683-9940 Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFF