IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELL TAYLOR, JONATHAN SERIANNI, JOSEPH CAVALLINI, and RICHARD HAWKEY, Individually and On Behalf of All Similarly, Situated Persons, <br><br> Plaintiffs, <br><br> v. <br><br> AMSPEC, L.L.C., f/k/a AMSPEC, SERVICES, L.L.C., <br><br> Defendant. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-01730 <br><br> STIPULATED ORDER APPROVING AND SEALING SETTLEMENT AGREEMENTS AND DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFFS SPEARS, STORMS, YOUNG AND VO ONLY |

The Plaintiffs, Robert Spears, Andrew Storms, Kendran Young and Hong Vo, and Defendant AmSpec, L.L.C. by and through their respective counsel, having resolved their dispute in the captioned Action and reduced their agreement to four written settlement agreements which have been jointly submitted to this Court for approval, and for good cause shown:

IT IS on this _____ day of November, 2016, **ORDERED** as follows:

1. The four settlement agreements with respect to Plaintiffs Spears, Storms, Young and Vo in the captioned Action are hereby approved;

2. These four settlement agreements shall be sealed permanently;

3. This Action is dismissed with prejudice and without right of appeal as to the following four Plaintiffs: Robert Spears, Andrew Storms, Kendran Young and Hong Vo. Each party will bear its or his own costs and attorneys' fees; and

4. This Action shall remain pending with respect to the remaining nine Plaintiffs.

THE BUENKER LAW FIRM

By: _____
Josef Buenker, Esq.

2030 North Loop West, Suite 120
Houston, Texas 77018
Attorneys for Plaintiffs,
Storms, Spears, Young, Vo

Dated: November 11, 2016

GENOVA BURNS LLC

By: _____
Patrick W. McGovern, Esq.

494 Broad Street
Newark, NJ 07102
Dated: November 7, 2016

AND

COZEN O'CONNOR, PC

By: _____
David L. Barron, Esq.

LyondellBasell Tower
1221 McKinney Street
Suite 2900
Houston, TX 77010
Attorneys for Defendant,
AmSpec, L.L.C.
Dated: November 11, 2016

SO ORDERED:

_____
Hon. Lee H. Rosenthal, U.S.D.J.

13784176v1 (3028.006)