United States District Court
Southern District of Texas
**ENTERED**
November 21, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| WELL TAYLOR, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1730 |
| | § | |
| AMSPEC, L.L.C., formerly known as | § | |
| AMSPEC SERVICES, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## ORDER APPROVING SETTLEMENT AGREEMENTS AND DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFFS SPEARS, STORMS, YOUNG, AND VO

The plaintiffs, Robert Spears, Andrew Storms, Kendran Young, and Hong Vo, and the defendant, AmSpec, L.L.C., have resolved their dispute as set out in the four written settlement agreements jointly submitted to this court for approval. Based on the record, the court finds that the settlements were the result of arms-length negotiations over bona fide disputes and are fair, reasonable, and adequate. The four settlement agreements as to plaintiffs Spears, Storms, Young, and Vo are approved.

These four settlement agreements are not sealed, but must be filed in the publicly available case file, except that the settlement amounts may be redacted as long as an unredacted copy is also filed under seal.

The claims of Robert Spears, Andrew Storms, Kendran Young, and Hong Vo are dismissed with prejudice and without right of appeal. Each party will bear its or his own costs and attorneys' fees. This action remains pending with respect to the remaining nine plaintiffs.

SIGNED on November 21, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge